UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leonard Brown,<br>　　　　　　Petitioner,<br>　　v.<br>United States of America,<br>　　　　　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CV 09-8168 ABC<br><br><br>JUDGMENT |

　　　On September 7, 2010, the Court issued a minute order denying Petitioner Leonard Brown's ("Petitioner") motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 and denying a certificate of appealability.  On January 31, 2011, the Court issued a minute order denying Petitioner's motion for reconsideration, as amended.

　　　Accordingly, it is ORDERED that judgment be entered as follows:

　　　1)　　Judgment against Petitioner and in favor of the Government be entered on all claims raised by Petitioner;

　　　2)　　Petitioner shall not be granted a certificate of

1 | appealability by this Court; and
2 | 3) Petitioner shall take nothing by reason of his
3 | claims raised in his motion to vacate, set aside or
4 | correct his sentence pursuant to 28 U.S.C. § 2255.

DATED: February 17, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE